UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | No.  1:23-cv-01586 JLT GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ADD DEFENDANT TO COMPLAINT AS INCOMPLETE<br><br>(ECF No. 24)<br><br>ORDER GRANTING PLAINTIFF LEAVE TO AMEND<br><br>PLAINTIFF'S SECOND AMENDED COMPLAINT DUE IN THIRTY DAYS |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Plaintiff has paid the filing fee in full.

Before this Court is Plaintiff's notice and motion to add a defendant to this action.  ECF No. 24.  The Court construes it as a motion for leave to amend the complaint.  For the reasons stated below, the motion will be denied as incomplete.  However, in the interests of justice, the Court will sua sponte grant Plaintiff leave to file an amended complaint.  He will be given thirty days to do so.

I.　　PLAINTIFF'S MOTION TO ADD DEFENDANT TO COMPLAINT

In support of Plaintiff's motion for leave to amend, he requests that one Dr. Godwin

1

Ugwueze, CMO be added to it. ECF No. 24 at 2. Plaintiff contends that Dr. Ugwueze failed to meet the standard of care when he approved surgery for Plaintiff but then "let the time expire". See id. Plaintiff further contends in relevant part that there has been no undue delay. Id.

II.   DISCUSSION

When filing a request for leave to amend, a plaintiff must also simultaneously lodge a copy of the amended complaint that he wishes the Court to consider. Because Plaintiff has not done so, the motion will be denied as incomplete. However, because Plaintiff's stated reason for requesting leave to amend is reasonable, in the interests of justice, the Court will, sua sponte, grant Plaintiff leave to file an amended complaint. See Fed. R. Civ. P. 15(a)(2). He will be given thirty days to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to file an amended complaint (ECF No. 24) is DENIED as INCOMPLETE;

2. In the interests of justice, Plaintiff is granted LEAVE TO AMEND the complaint. See Fed. R. Civ. P. 15(a)(2), and

3. Within thirty days from the date of this order, Plaintiff shall file a second amended complaint.

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated:   **March 19, 2025**                         **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE