| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>RODRIGUEZ, et al.,<br><br>    Defendants. | No. 1:23-cv-1586 JLT GSA (PC)<br><br>ORDER VACATING GRANT OF PLAINTIFF'S IN FORMA PAUPERIS STATUS<br><br>(ECF No. 7)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR REFUND OF FILING FEES PAID WHILE PROCEEDING IN FORMA PAUPERIS<br><br>(ECF No. 22)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO STOP THE DEDUCTION OF FILING FEES FOR THIS ACTION<br><br>(ECF No. 25)<br><br>ORDER DIRECTING THAT CERTAIN MONIES DEDUCTED FROM PLAINTIFF'S PRISONER TRUST FUND ACCOUNT BE REFUNDED |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Having been recently declared a three strikes

1  litigant, Plaintiff has since paid the filing fees in full.  See 12/20/24 docket entry indicating
2  payment of $405.00.
3  Before this Court are (1) Plaintiff's motion for a refund of the filing fees he paid while he
4  proceeded with in forma pauperis status, and (2) Plaintiff's request to stop the deduction of filing
5  fees from his prisoner trust fund account.  ECF Nos. 22, 25.  For the reasons stated below, the
6  Court's prior order which granted Plaintiff in forma pauperis status will be vacated to the extent
7  that it directs the California Department of Corrections and Rehabilitation to withdraw filing fees
8  from Plaintiff's prisoner trust fund account in compliance with 28 U.S.C. § 1915(b)(1). ECF No.
9  7. In addition, both of Plaintiff's motions will be granted and certain monies that have been
10 deducted from his trust account will be ordered refunded to him.

11 I.   RELEVANT FACTS
12    A. Grant and Revocation of Plaintiff's In Forma Pauperis Status
13 On November 17, 2023, Plaintiff's application to proceed in forma pauperis was granted.
14 ECF No. 7.  As a result, the Director of the California Department of Corrections, or its designee,
15 was ordered to begin to regularly collect fees from Plaintiff's prisoner trust fund account in
16 amounts consistent with 28 U.S.C. § 1915(b)(2) until a total of $350.00 had been collected. Id.
17 On November 26, 2024, after being formally identified as a three strikes litigant within the
18 meaning of 28 U.S.C. § 1915(g), Plaintiff's in forma pauperis status was revoked.  ECF No. 15.
19 As a result, Plaintiff was ordered to pay the filing fee in full and to do so within thirty days.  Id. at
20 5.
21    B. Plaintiff's Payment of Filing Fees In Full; Motions to Cease Trust Deductions
22 On December 20, 2024, the record indicates that Plaintiff paid $405.00 in civil filing fees
23 to the Court.  See 12/20/24 docket entry indicating same.  Shortly thereafter, on January 21, 2025,
24 the instant motion filed by Plaintiff, which requests the Court to refund the monies that had been
25 debited from his account as he proceeded with in forma pauperis status, was docketed.  See ECF
26 No. 22.  In addition, on March 17, 2025, a similar motion filed by Plaintiff which requested the
27 Court to have the deduction of his filing fees from his trust account stopped was docketed.  See
28 ECF No. 25.

II.  DISCUSSION

A. Applicable Law

When beginning an action in this Court, the fees to be paid are a $350.00 filing fee and a $55.00 administrative fee. See 28 U.S.C. § 1915(a)-(b) ($350.00 filing fee); Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule issued in accord with Section 1915 (Dec. 1, 2023), Item No. 14 ($55.00 administrative fee). However, litigants who have been granted in forma pauperis status under 28 U.S.C. § 1915 are not required to pay the $55.00 administrative fee. See 28 U.S.C. § 1915, Item No. 14.

B. Analysis

The revocation of Plaintiff's in forma pauperis in November of 2024 required Plaintiff to pay both the filing and administrative fees – totaling $405.00 – in full. Because the record indicates that on December 20, 2024, Plaintiff had paid the filing fees in full, any monies taken from Plaintiff's trust account before December 20, 2024, as Plaintiff proceeded with in forma pauperis status should be refunded to him. In addition, any filing fees debited against Plaintiff's trust account after he paid the $405.00 filing fee on December 20, 2024, should also be returned to him.

In sum, with respect to this case only, any and all monies debited against Plaintiff's prisoner trust fund account to pay the $350.00 filing fee in order to comply with the Court's November 17, 2023, order which granted Plaintiff in forma pauperis status (see ECF No. 7), should be refunded to Plaintiff's prisoner trust fund account. Consistent with these determinations, Plaintiff's instant motions will be granted; the California Department of Corrections and Rehabilitation (or its designee) will be formally ordered to cease deduction of said fees from Plaintiff's trust fund account, and the filing fees that have been overpaid to date will be ordered returned to him.

Accordingly, IT IS HEREBY ORDERED that:

1. Consistent with the Court's November 26, 2024, order which revoked Plaintiff's in forma pauperis status (see ECF No. 15), the Court's November 17, 2023, order which directed the California Department of Corrections and Rehabilitation, or its designee, to send the Clerk of

Court payments from Plaintiff's prisoner trust fund account in accord with 28 U.S.C. § 1915(b)(1) (see ECF No. 7) is VACATED to the extent that it ordered the California Department of Corrections and Rehabilitation to do so;

   2. The deduction of monies from Plaintiff's prisoner trust fund account in accord with 28 U.S.C. § 1915(b)(1) shall CEASE;

   3. Plaintiff's motion for a refund of the filing fees that he paid pursuant to 28 U.S.C. § 1915(b)(1) while proceeding with in forma pauperis status (see ECF No. 22) is GRANTED;

   4. Plaintiff's motion which requests that the continued deduction of filing fees from his prisoner trust fund account cease (see ECF No. 25) is GRANTED;

   5. Any and all monies received by the Court in this case in compliance with the Court's November 17, 2023, order which granted Plaintiff in forma pauperis status (see ECF No. 7) are to be REFUNDED to Plaintiff;

   6. The monies refunded to Plaintiff should be those that were collected in compliance with the Court's November 17, 2023 order BOTH BEFORE and AFTER Plaintiff's in forma pauperis status was revoked on November 26, 2024 (see ECF No. 15);

   7. The monies refunded to Plaintiff SHOULD NOT INCLUDE the $405.00 filing and administrative fees Plaintiff paid to the Court on December 20, 2024, and

   8. The Clerk of Court is directed to SERVE a courtesy copy of this order on the California Department of Corrections and Rehabilitation and on the Court's Financial Department.

IT IS SO ORDERED.

   Dated:   **March 19, 2025**               /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28