UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>            Plaintiff,<br><br>   v.<br><br>RODRIGUEZ, et al.,<br><br>            Defendants. | No.  1:23-cv-01586 JLT GSA (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO RESCIND ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND<br><br>(ECF Nos. 26, 28) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this Court is Plaintiff's motion which requests the Court to rescind its order that granted Plaintiff leave to amend his complaint.  See ECF Nos. 26, 28 (order granting leave to amend; motion to rescind order, respectively).  For the reasons stated below, the motion will be granted in part.

I.     RELEVANT FACTS

On February 13, 2025, Plaintiff filed a "notice and motion" in which he asked the Court for permission to add a defendant to the complaint.  ECF No. 24.  The Court construed the motion as a motion for leave to file an amended complaint.  ECF No. 26 at 1.  Thereafter, the Court denied the motion as incomplete, but – in the interests of justice – it sua sponte granted Plaintiff

1

leave to file an amended complaint. Id. at 2.

On April 4, 2025, Plaintiff filed the instant motion which asks the Court to rescind its order granting Plaintiff\ leave to amend his complaint. ECF No. 28. In support of the motion, Plaintiff states that he mistakenly filed the motion to amend his complaint in this case. Instead, he intended to file the motion in Wright v. Zaldivar-Galvez, No. 1:24-cv-01029 JLT GSA. ECF No. 28 at 1.

II.     DISCUSSION

In light of Plaintiff's stated error, the Court will grant Plaintiff's request that it vacate its order that granted him thirty days to amend his complaint. As a result, the Court will presume that Plaintiff still wishes to proceed on his first amended complaint ("FAC") that is currently before it. See ECF No. 9. The FAC will be screened in due course.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request that the Court's order which, sua sponte granted him leave to amend the complaint and to do so within thirty days (ECF No. 28), is GRANTED IN PART, and

2. The Court's March 20, 2025, order (ECF No. 26) is VACATED IN PART, to the extent that it, sua sponte, granted Plaintiff leave to file an amended complaint.

The Court will presume that Plaintiff intends to proceed on his first amended complaint, and it will screen that pleading in due course.

IT IS SO ORDERED.

Dated:   **May 27, 2025**            /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE

2