UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>    Plaintiff,<br><br> v.<br><br>RODRIGUEZ, et al.,<br><br>    Defendants. | No. 1:23-cv-01586-JLT-SAB (PC)<br><br>ORDER GRANTING REQUEST FOR REFUND OF FILING FEE<br><br>(ECF No. 33) |

   Plaintiff was initially granted leave to proceed in forma pauperis in this action. However, upon review of Plaintiff's litigation history, the Court found Plaintiff is subject to the three strikes bar of 28 U.S.C. § 1915(g). Therefore, the Court revoked Plaintiff's in forma pauperis status, declared him a three-strike litigant, and ordered Plaintiff to pay the filing fee in full to proceed with this action. (ECF Nos. 13, 15.) On December 20, 2024, Elizabeth Stewart paid the filing fee on behalf of Plaintiff.

   Thereafter, on June 6, 2025, the Ninth Circuit determined that "Rule 41(a)(1) voluntary dismissals cannot count as strikes." Spencer v. Barajas, 2025 WL 1600926, at *5 (9th Cir. 2025). Following this determination, Plaintiff requested "his In Forma Pauperis Status be re-instated and the filing fee be returned to his family member. (ECF No. 31.) On July 1, 2025, the Court construed Plaintiff's filing as a motion or reconsideration, and the granted said motion reinstating

1

Plaintiff's in forma pauperis status. (ECF No. 32.) It was further ordered that Plaintiff's motion for a refund was denied because it could not be filed on behalf of Elizabeth Stewart-who paid the filing fee. (Id.)

On July 21, 2025, Elizabeth Stewart filed a request for a refund of the $405.00 filing fee paid in this action. (ECF No. 33.) Because Plaintiff is now proceeding in forma pauperis and the filing fee will be collected from his prison trust account, the request for a refund shall be granted.

Accordingly, it is HEREBY ORDERED that:

1. The request for refund of the $405.00 filing fee, (ECF No. 33), is GRANTED;
2. The Financial Office of the Court is directed to refund the $405.00 filing fee to **Elizabeth Stewart** at the address provided in the July 21, 2025 filing (ECF No. 33); and
3. The Clerk of the Court is directed to serve this order on the Financial Office of the Court.

IT IS SO ORDERED.

Dated:  **October 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2