UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | No.  1:23-cv-01586-JLT-SAB (PC)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |

　　　　Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

　　　　On July 1, 2025, the Court reinstated Plaintiff's in forma pauperis status in this action. (ECF No. 32.)  By way of separate order, the Court has granted the request for a refund of the filing fee paid for this action.  Accordingly, inasmuch as Plaintiff is now proceeding in forma pauperis in this action, the CDCR will be ordered to debit Plaintiff's trust fund account in order to obtain the filing fee for this action.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　　　The California Department of Corrections and Rehabilitation shall COLLECT the filing fee payment from Plaintiff's prison trust fund account for this action;

　　　　2.　　　　**The Director of the California Department of Corrections and Rehabilitation or his designee shall continue to collect payments from Plaintiff's prison trust**

1

**account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and case number assigned to this action;**

3. The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application in this action on the Director of the California Department of Corrections and Rehabilitation, via the Court's electronic case filing system (CM/ECF), and

4. The Clerk of Court is directed to serve a copy of this order on the Financial Department, United States District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **October 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge