UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT, | Case No. 1:23-cv-01586-JLT-SAB (PC) |
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE KEITH JEROME WRIGHT**, CDCR No. AN-1771, **VIA ZOOM VIDEO CONFERENCE** |
| v. | |
| RODRIQUEZ, et al.,, | |
| Defendants. | DATE: April 1, 2026 TIME: 9:30 a.m. |

**Inmate Keith Jerome Wright, CDCR No. AN-1771**, a necessary and material witness on his behalf in a settlement conference on **April 1, 2026, at 9:30 a.m.**, is confined at the Substance Abuse Treatment Facility and State Prison, Corcoran (SATF), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference from his present institution before United States Magistrate Judge Barbara A. McAuliffe on April 1, 2026, at 9:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the SATF:**

**WE COMMAND** you to produce the inmate named above **to appear by Zoom video conference, along with any necessary legal property,** at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **March 2, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

