# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SKEITH JEROME WRIGHT,

      Plaintiff,

    v.

RODRIGUZ, *et al.,*

      Defendants.

Case No.  1:23-cv-01586 JLT SAB

**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**

(ECF No. 44)

    The Court conducted a settlement conference in this action on April 1, 2026, at which the parties reached a settlement agreement.  The parties will prepare a settlement agreement.

    Based upon the settlement of this action, IT IS HEREBY ORDERED that:

        1. All pending matters and dates in this action are VACATED; and

        2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:  __**April 1, 2026**__          _____/s/ *Barbara A. McAuliffe*_____

                                   UNITED STATES MAGISTRATE JUDGE

1