UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>        Plaintiff,<br><br>   v.<br><br>RODRIGUEZ, et al.,<br><br>        Defendants. | No.  1:23-cv-01586-JLT-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE KEITH JEROME WRIGHT, CDCR #AN-1771<br><br>(ECF No. 45) |

A settlement conference in this matter commenced on April 1, 2026.  Inmate Keith Jerome Wright, CDCR #AN-1771, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  __**April 2, 2026**__           _____/s/ *Barbara A. McAuliffe*_____
                                               UNITED STATES MAGISTRATE JUDGE

1