UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKEITH JEROME WRIGHT,<br><br>          Plaintiff,<br><br>     v.<br><br>RODRIGUEZ, et al.<br><br>          Defendants. | No.  1:23-cv-01586-JLT-SAB (PC)<br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 53) |

On April 15, 2026, the parties filed a stipulation dismissing this action with prejudice.  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Each party shall bear its own litigation costs and attorney's fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **April 16, 2026**                               

STANLEY A. BOONE
United States Magistrate Judge

1